UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH ALLEN TRAPP,

               Plaintiff,                       Case No. 2:25-cv-12150

v.                                     Honorable Susan K. DeClercq
                                         United States District Judge

MICHIGAN STATE POLICE, AND
DETROIT POLICE DEPARTMENT,       Honorable David R. Grand
                                         United States Magistrate Judge

               Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 19), DISMISSING COMPLAINT, AND DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT (ECF No. 11)

On March 18, 2026, Magistrate Judge David R. Grand issued a report recommending dismissal of Plaintiff's claims for failure to prosecute under Civil Rule 41(b) and denial of the pending motion to dismiss as moot. ECF No. 19 at PageID.73.

Judge Grand provided 14 days for all parties to file objections to the Report and Recommendation, but no party filed objections. They have therefore forfeited their right to appeal Judge Grand's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Moreover, there is no prejudicial clear error in the R&R.

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 19, is **ADOPTED**.

Further, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED**.

Further, it is **ORDERED** that Defendant Michigan State Police's Motion to Dismiss, ECF No. 11, is **DENIED AS MOOT**.

**This is a final order and closes the above-captioned case.**

                                        */s/Susan K. DeClercq*
                                        SUSAN K. DeCLERCQ
                                        United States District Judge

Dated: April 29, 2026